FILED
December 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13MJ00378-AC |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JODENE MARGARET WATT, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JODENE MARGARET WATT__ , Case No. __2:13MJ00378-AC__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    _xx_   Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    __    (Other) __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 19, 2013__ at __2:42 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court