**FILED**

December 23, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>               Plaintiff,                          )<br>v.                                                         )<br>                                                             )<br>MARLIN GOUGHER,                      )<br>                                                             )<br>               Defendant.                       ) | Case No. 2:13MJ00378-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   MARLIN GOUGHER  , Case No.   2:13MJ00378-AC-1  , Charge   18USC § 2252(a)(2)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on December 23, 2013  at  2:00 pm  .

                                                                              By   /s/ Allison Claire/s/ Allison Claire
                                                                                  Allison Claire
                                                                                  United States Magistrate Judge

Copy 2 - Court